# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, George R. | U. S. District Court, SC | 07/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>03/01/2016 |

**7. Chambers or Office Address**

Post Office Box 2127
Anderson, SC 29622

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus: Board of Regents | Anderson University |
| 2. | Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3. | Honorary Member: Board of Directors | Anderson Area YMCA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | M | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 3. THE TORONTO- DOMINION BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. PARK STERLING BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 5. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 6. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 7. SOUTH STATE BANK- FIRST FINANCIAL HOLDINGS, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. MS IRA #1 (formerly MSSB) | A | Dividend | K | T | | | | | |
| 10. - MS FOCUS GROWTH FUND A MUTUAL FUND (formerly MSSB) | | | | | | | | | |
| 11. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND | | | | | | | | | |
| 12. MS IRA #2 (formerly MSSB) (Y) | | | | | | | | | |
| 13. - MS FOCUS GROWTH FUND A MUTUAL FUND (formerly MSSB)(Y) | | | | | | | | | |
| 14. - INVESCO DIVERSIFIED DIVIDEND A MUTUAL FUND (Y) | | | | | | | | | |
| 15. MANDATORY IRA DISTRIBUTION: MS IRA #1 (formerly MSSB) | B | Distribution | | | Distributed | 12/22/15 | J | | Note 1 VIII |
| 16. MANDATORY IRA DISTRIBUTION: MS IRA #2 (formerly MSSB) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | | | | | |
| 18. INVESCO VAN KAMPEN COMSTOCK A MUTUAL FUND | B | Divided | M | T | | | | | |
| 19. | | | | | | | | | |
| 20. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. EASLEY SC UTILITY REV. BOND (4.50%) | C | Interest | | | Redeemed | 12/01/15 | L | | |
| 23. UNIVERSITY OF SC BOND (4.25%) | C | Interest | | | Redeemed | 09/25/15 | L | | |
| 24. UNIVERSITY OF SC BOND (4.25%) | D | Interest | | | Redeemed | 09/25/15 | M | | |
| 25. COLUMBIA, SC WATER & SEWER BOND (5.00%) | B | Interest | | | Redeemed | 02/02/15 | K | | |
| 26. SC JOBS ECON. DEV. AUTH. BOND (4.50%) | D | Interest | M | T | | | | | |
| 27. DORCHESTER CO. COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |
| 28. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |
| 29. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 30. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 31. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 32. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 33. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | |
| 35. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 36. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 37. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | D | Interest | M | T | | | | | |
| 38. SC JOBS ECONOMIC DEV. HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 39. COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | E | Interest | N | T | | | | | |
| 40. MORGAN STANLEY BANK MONEY MARKET ACCOUNT #1 | A | Interest | J | T | | | | | |
| 41. BERKELEY CO. SC SCHOOL DISTRICT BOND (4.75%) | D | Interest | M | T | | | | | |
| 42. SCAGO EDUCATION FACILITY SCHOOL BOND (5.00%) | B | Interest | K | T | | | | | |
| 43. SCAGO EDUCATION FACILITY SCHOOL BOND (4.375%) | B | Interest | K | T | | | | | |
| 44. ANDERSON SC WATER & SEWER BOND 5% | C | Interest | L | T | | | | | |
| 45. CHARLESTON EDUCATIONAL REV. BOND 5% | C | Interest | L | T | | | | | |
| 46. SC STATE PUBLIC SERVICE AUTH. SANTEE COOPER BOND 5% | B | Interest | M | T | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. SCAGO EDUCATIONAL FACS. SCHOOL BOND 4.5% | D | Interest | M | T | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. SCAGO EDUCATIONAL FACS. SCHOOL BOND 4.5% | D | Interest | M | T | | | | | |
| 52. SUMTER SC WATER & SEWER BOND 4.50% | D | Interest | M | T | | | | | |
| 53. LEXINGTON SC HOSPITAL BOND 5.00% | E | Interest | N | T | | | | | |
| 54. HORRY CO. SCHOOL BOND 4.50% | C | Interest | M | T | | | | | |
| 55. SCPSA SANTEE COOPER BOND 5.00% | D | Interest | N | T | | | | | |
| 56. | | | | | | | | | |
| 57. SPARTANBURG CO. SC HOSPITAL BOND 5.00% | E | Interest | N | T | | | | | |
| 58. CHARLESTON SC STORMWATER BOND 4.50% | D | Interest | M | T | | | | | |
| 59. MORGAN STANLEY BANK MONEY MARKET ACCOUNT #2 | A | Interest | J | T | | | | | |
| 60. EAGLE SMALL CAP GROWTH A MUTUAL FUND | A | Dividend | | | Sold | 09/01/15 | K | C | |
| 61. LORD ABBETT HIGH YIELD FUND | C | Dividend | L | T | | | | | |
| 62. | | | | | Buy (add'l) | 04/22/15 | L | | |
| 63. | | | | | Buy | 02/03/16 | J | | |
| 64. IVY HIGH INCOME I MUTUAL FUND | B | Dividend | | | Sold | 04/22/15 | L | A | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. IVY MID CAP GROWTH I MUTUAL FUND | A | Dividend | | | Sold | 09/01/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. GOLDMAN SACHS | A | Dividend | K | T | | | | | |
| 69. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 70. | | | | | Sold (part) | 02/03/16 | K | A | |
| 71. JP MORGAN LARGE CAP GROWTH A MUTUAL FUND | A | Dividend | N | T | | | | | |
| 72. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 73. | | | | | Sold (part) | 04/22/15 | L | E | |
| 74. JP MORGAN MID CAP VALUE S MUTUAL FUND | B | Dividend | L | T | | | | | |
| 75. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 76. | | | | | Sold (part) | 04/22/15 | K | C | |
| 77. METROPOLITAN WEST TOT RET BD I MUTUAL FUND | B | Dividend | L | T | | | | | |
| 78. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 79. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 80. | | | | | Sold (part) | 09/01/15 | K | A | |
| 81. OPPENHEIMER INTERNATIONAL DIV Y MUTUAL FUND | B | Dividend | | | Sold | 03/10/15 | M | D | |
| 82. MFS | C | Dividend | N | T | Buy | 04/22/15 | J | | |
| 83. | | | | | Buy (add'l) | 09/01/15 | L | | |
| 84. | | | | | Buy (add'l) | 02/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. TEMPLETON GLOBAL BD FD ADV MUTUAL FUND | A | Dividend | K | T | Sold (part) | 04/22/15 | K | A | |
| 86. MATTHEWS ASIAN JAPAN INV | A | Dividend | L | T | Buy | 02/03/16 | L | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. VIRTUS INSIGHT EMERG MKTS I MUTUAL FUND | A | Dividend | L | T | | | | | |
| 90. | | | | | Buy (add'l) | 04/22/15 | L | | |
| 91. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 92. DELAWARE VALUE MUTUAL FUND | A | Dividend | M | T | | | | | |
| 93. T ROWE PRICE | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 94. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 95. INVESCO SMALL CAP VALUE Y MUTUAL FUND | C | Dividend | K | T | | | | | |
| 96. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 97. | | | | | | | | | |
| 98. PIMCO LOW DURATION P MUTUAL FUND | B | Dividend | M | T | | | | | |
| 99. AQUILA THREE PEAKS OPPORT GWY FUND | A | Dividend | K | T | Buy | 02/03/16 | K | | |
| 100. PIONEER MLH AST ULT SH INC Y | A | Dividend | K | T | Buy | 02/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, George R. | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1, Line 15, Part VII. Mandatory IRA withdrawal. IRA value listed in Part VII, line line 9 and underlying holdings listed in Part VII, lines 10 and 11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George R. Anderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544